# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GILES MCGHEE | CIVIL ACTION |
| VERSUS | NO. 20-2399 |
| DARREL VANNOY, WARDEN | SECTION "S" (2) |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's Objection thereto (Rec. Doc. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Giles McGhee's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of July, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE